United States District Court
Southern District of Texas
**ENTERED**
July 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| U.S. WELL SERVICES, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19-CV-225 |
| TOPS WELL SERVICES, LLC., *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The plaintiff has filed a notice of dismissal without prejudice (Dkt. 13). *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Pursuant to that notice, this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 23rd day of July, 2019.

_____
George C. Hanks Jr.
United States District Judge

1 / 1